# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. **13-54072** |
| | : | |
| **Brian Layne Kappler** | : | Chapter **13** |
| SSN: xxx-xx-**0868** | : | |
| | : | Judge **Preston** |
| **Darcy Lynn Kappler** | : | |
| SSN: xxx-xx-**8732** | : | |
| **Debtors**. | : | |

### DEBTORS' NOTICE OF CHANGE OF ADDRESS

Now **come Debtors**, **Brian Layne Kappler and Darcy Lynn Kappler**, by and through counsel, and **notify** the Court and the Trustee of **their** new mailing address. The new address is: **306 Lenox Rd. W.; Palm Harbor, FL 34683**.

Respectfully Submitted,
MARLATT LAW OFFICE

**/s/ J. Scott Marlatt**
J. Scott Marlatt, Esq.  (0076733)
Attorney for **Debtors**
PO Box 1575
Westerville, OH 43086
Telephone:  (614) 523-3576
Facsimile:  (740) 990-0825
Email:  MarlattLaw@gmail.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served by electronic transmission or regular U.S. mail on the **17th** day of **December**, **2015** upon:

  **Asst US Trustee (Col)**    **ustpregion09.cb.ecf@usdoj.gov**

  **Frank M Pees**    **trustee@ch13.org**

**Brian Layne Kappler**
**Darcy Lynn Kappler**
**306 Lenox Rd. W.**
**Palm Harbor, FL 34683**

**/s/ J. Scott Marlatt**
J. Scott Marlatt, Esq.  (0076733)
Attorney for **Debtors**