U.S. Bankruptcy Court
Southern District of Ohio
170 N. High St
Columbus, Ohio 43215



RE: Address Change for Darcy Kappler; Case # 13-54072

To Whom It May Concern:

As of January 27th, 2016 my new address is:

Darcy Lynn Kappler
1897 Del Robles Terrace
Clearwater, Fl  33764
Phone:  614-824-9769

I do not have a new address for my husband – Brian Layne Kappler

Sincerely,

Darcy L Kappler