# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. **13-54072** |
| | : | |
| **Brian Layne Kappler** | : | Chapter **13** |
| SSN: xxx-xx-**0868** | : | |
| | : | Judge **Preston** |
| **Darcy Lynn Kappler** | : | |
| SSN: xxx-xx-**8732** | : | |
| **Debtors**. | : | |

### DEBTORS' NOTICE OF CHANGE OF ADDRESS

Now **comes Debtor**, **Brian Layne Kappler**, by and through counsel, and **noties** the Court and the Trustee of **his** new mailing address. The new address is: **1897 Del Robles Terrace; Clearwater, FL 33764**.

Respectfully Submitted,
MARLATT LAW OFFICE

**/s/ J. Scott Marlatt**
J. Scott Marlatt, Esq. (0076733)
Attorney for **Debtors**
PO Box 1575
Westerville, OH 43086
Telephone: (614) 523-3576
Facsimile: (614) 785-6496
Email: MarlattLaw@gmail.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served by electronic transmission or regular U.S. mail on the **10th** day of **May**, **2016** upon:

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Frank M Pees    trustee@ch13.org

**Brian Layne Kappler**
**Darcy Lynn Kappler**
**1897 Del Robles Terrace**
**Clearwater, FL 33764**

**/s/ J. Scott Marlatt**
J. Scott Marlatt, Esq. (0076733)
Attorney for **Debtors**